UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MICHAEL HUEY, individually
and on behalf of those similarly situated,

    Plaintiff,

v.

ASSET SURPLUS REALLOCATION, LLC d/b/a SURGISHOP, NICHOLAS DERIAN, ALAN GARCIA, CASSIO BARBOSA, AND ARTHUR BORGES

    Defendants.
_____/

CIVIL ACTION NO. 8:24-cv-471

JURY TRIAL DEMANDED

## JOINT MOTION FOR EXTENSION OF TIME TO REQUEST A CASE MANAGEMENT CONFERENCE

Plaintiff, Michael Huey ("Huey"), individually and on behalf of those similarly situated, and Defendants, Asset Surplus Reallocation, LLC d/b/a SurgiShop, Nicholas Derian, Alan Garcia, Cassio Barbosa, and Arthur Borges ("Defendants"), jointly move for an extension of time to file a motion requesting a Case Management Conference, and state:

    1.    On February 2, 2024, Huey filed this Complaint seeking relief under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).

    2.    On February 26, 2024, the Order Referring Case to U.S. Magistrate Judge for Consideration of the Inexpensive Determination, Efficient, and

Abbreviated Litigation (IDEAL) Program (the "IDEAL Program Order") was entered.

3. The IDEAL Program Order requires the parties to request a Case Management Conference within 7 days of the appearance of the first Defendant.

4. On March 29, 2024, Defendants appeared by filing a motion for an extension of time.

5. Huey and Defendants now jointly request an extension through and including April 18, 2024 to request the Case Management Conference.

6. The purpose of this extension is to conserve judicial resources while Huey and Defendants discuss an issue related to this litigation.

7. The motion is made in good faith and not for delay. No party will be prejudiced by granting this brief extension.

WHEREFORE, Plaintiff, Michael Huey, and Defendants, Asset Surplus Reallocation, LLC d/b/a SurgiShop, Nicholas Derian, Alan Garcia, Cassio Barbosa, and Arthur Borges ("Defendants"), respectfully request the Cour extend the deadline to request a Case Management Conference under the Order through April 18, 2024.

**Dated:** this 12th April 2024

/s/ Michael P.Schuette_____
**MICHAEL P. SCHUETTE**
Florida Bar No. 106181
Email: mschuette@caklegal.com

        **WARREN D. ASTBURY**
Florida Bar No.: 78056
Email: wastbury@caklegal.com
Secondary: bbutler@caklegal.com
**CANTRELL ASTBURY KRANZ, P.A.**
401 East Jackson Street, Suite 2340
Tampa, Florida 33602
Telephone: (877) 858-6868


*/s/ Erin G. Jackson*_____
**ERIN G. JACKSON**
Florida Bar No. 413097
**OLIVIA DESCALA**
Florida Bar No. 1040257
**JOHNSON JACKSON PLLC**
100 N. Tampa St., Suite 1800
Tampa, FL 33602
Telephone: (813) 580-8400
Facsimile: (813) 580-8407
Email: ejackson@johnsonjackson.com
      odescala@johnsonjackson.com
      Secondary E-mail:
      lesposito@johnsonjackson.com
      amunoz@johnsonjackson.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk by using the CM/ECF electronic filing system which will send a notice of electronic filing to all counsel of record.

        */s/ Erin G. Jackson*_____
        Attorney